IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-108 FCD |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALFREDO MADRIGAL-TAPIA, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on July 30, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for August 3, 2009, be vacated and that the case be set for Monday, September 14, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 30, 2009 stipulation, the time under the Speedy Trial Act is excluded from August 3, 2009, through September 14, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:    July 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2