DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALFREDO MADRIGAL-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-08-108 FCD |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ) ALFREDO MADRIGAL-TAPIA, ) | |
| ) Defendant. ) | |
| _____ ) | |

   This case is currently scheduled for a status hearing on September 14, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

   The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 14, 2009, be continued until October 13, 2009, at 10:00 a.m.  In addition, the parties stipulate that the time period from September 14, 2009, to October 13, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

/ / /

/ / /

/ / /

DATED: September 10, 2009

Respectfully submitted,

| LAWRENCE G. BROWN | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for*  
MICHAEL ANDERSON  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Alfredo Madrigal-Tapia

**IT IS SO ORDERED.**

DATED: September 10, 2009

FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE