DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALFREDO MADRIGAL-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-08-108 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| ALFREDO MADRIGAL-TAPIA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on October 13, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 13, 2009, be continued until November 9, 2009.  In addition, the parties stipulate that the time period from October 13, 2009, to November 9, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1  DATED: October 6, 2009

2            Respectfully submitted,

3

4  LAWRENCE G. BROWN           DANIEL BRODERICK
   United States Attorney             Federal Defender

5

6  */s/ Lexi Negin for*              */s/ Lexi Negin*
   MICHAEL ANDERSON           LEXI NEGIN
7  Assistant U.S. Attorney           Assistant Federal Defender
   Attorney for United States         Attorney for Alfredo Madrigal-Tapia

8

9  **IT IS SO ORDERED.**

10

11  DATED: October 6, 2009

12                                FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE