DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALFREDO MADRIGAL-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-08-108 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALFREDO MADRIGAL-TAPIA, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on December 7, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 7, 2009, be continued until December 14, 2009. In addition, the parties stipulate that the time period from December 7, 2009, to December 14, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

///

///

1

1 | DATED: December 2, 2009

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for*  
MICHAEL ANDERSON  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Lexi Negin*  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Alfredo Madrigal-Tapia

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-108 FCD |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALFREDO MADRIGAL-TAPIA, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on December 2, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for December 7, 2009, be vacated and that the case be set for **Monday, December 14, 2009, at 10:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 2, 2009 stipulation, the time under the Speedy Trial Act is excluded from December 7, 2009, through December 14, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  December 2, 2009

_____
FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE